Dismissed and Memorandum Opinion filed December 4, 2008








Dismissed
and Memorandum Opinion filed December 4, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00891-CV

____________

 

THE TRAVIS LAW FIRM, A PROFESSIONAL
CORPORATION, Appellant

 

V.

 

SHERYL TATAR DACSO, P.L.L.C. AND SALLY OLIVER, Appellees

 



 

On Appeal from
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 858497

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 15, 2008.  On November 12, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 4, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson, and Brown..